**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| METRO LIGHT AND POWER LLC,<br><br>Plaintiff,<br>v.<br><br>SELF ELECTRONICS USA CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO: ________<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Metro Light & Power LLC ("Metro") brings this action against Defendant Self Electronics USA Corporation ("Self" or "Defendant") for copyright infringement.

## INTRODUCTION

Both Metro and Self are in the business of selling ornamental face plates (covers) for Furniture Power Distribution Units ("FPDU") to the hospitality industry. An FPDU is a self-contained unit installed in furniture to provide additional electrical outlets, switches and data ports for guests. An FPDU, like other power strips, is self-contained, typically completely enclosed but for holes in the outlets or ports: it does not require a face plate or cover.

Face plates are ornaments used to decorate the FPDU as installed; they have no functional use, only decorative applications. Interior decorators in the hospitality

industry typically specify use, type, color, and brand for face plates where outlets are visible to guests to either accent the outlets or to blend them into the décor. Hotels generally consider the look and feel of a room to be essential to the guest experience.

Metro advertises its products on its website. Metro products are depicted in different settings, arrangements, in various combinations, in creative and attractive ways. Metro's website illustrates ways interior decorators might use different styles, colors, and prints for face plates. It shows how these covers can be used to enhance guest rooms and other areas accessible to guests in hotels. Metro's 2024 website is registered, as are Metro's other original images. Self has images of face plates on its website that are very similar to Metro's copyrighted website and separately copyrighted "configurator." Metro's configurator is a pictorial or graphic expression that shows the available configurations, colors and prints of its face plate and FPDU offerings in a creative and attractive way. 17 U.S. Code § 102(a)(5)

## I. <u>Parties</u>

1. Metro is a Delaware Limited Liability Company. Daniel Deutsch is the owner and President of Metro. Mr. Deutsch lives in Manhattan and keeps an office in his home. Mr. Deutsch is an electrical engineer and also a designer. He does much of his design work in his home office. Metro has a place of business with about

fourteen employees in Englewood, New Jersey, where Mr. Deutsch also has an office.

2. Self promotes and distributes products made by its parent company, Self Electronics Co., Ltd. in Ningbo, China. Self is located at 3264 Saturn Court, Peachtree Corners, GA 30092. Self can be served through its officers who work at its location in Peachtree Corners, Georgia.

## II. JURISDICTION

3. Subject matter jurisdiction for copyright infringement claims lies exclusively in the federal courts. Title 28 U.S.C. § 1338(a).

4. Personal jurisdiction exists under Georgia law because Self is located in Georgia.

## III. VENUE

5. Venue for copyright claims permits suit to be filed against a defendant in any district where it or any of its agents reside or may be found. 28 U.S.C. § 1400(a). Self resides in this district.

## METRO'S COPYRIGHTS

6. Metro designs high-end face plates used as decorative accessories for furniture power outlets and data ports (Furniture Power Distribution Units ("FPDUs")), as well as FPDUs themselves. The FPDU is designed to meet consumers' increasing demand for more places to "plug in." Face plates for these

products are decorations and are chosen by interior designers to integrate design elements and the outlets into the décor of the room and/or the furniture piece. They are purchased on the instructions of interior decorators based on how these decorations fit the designer's vision for the look of the room.

7. Metro owns copyrights covering its website and social media, as well as photos, images, drawings, and materials available on its website and other places ("Metro's Copyrights"), which are valid and enforceable:

- VAu 1-523-473, "One Unpublished Website Owned by MLP," (Reg. Eff. April 15, 2024) (the "'473 Copyright"), attached hereto as Exhibit 1;
- VAu 1-523-017, "A Single Six Page Unpublished Illustration featuring MLP Bezel Configurations and Specs," (Reg. Eff. April 5, 2024) (the "'017 Copyright"), attached hereto as Exhibit 2.

8. Among these decorations is Metro's thin bezel face plate, which is designed to be installed flush with the surface of the furniture (Metro's "Thin Bezel Face Plate"). Metro's Thin Bezel Face Plate started what is now sometimes referred to as the "Metro look," and has become an accent piece among interior designers for hotels.





*See* Ex. 1 at 1 (VAu 1-523-473).

9. Metro also created an original set of images of drawings of its product configurations, as well as images of its color and prints for its face plates (the "Configurator"). The Configurator is covered by Metro's '017 Copyright.

10. Metro invested substantial time, effort, and money to make the Thin Bezel Face Plate a popular aesthetic design element, and to design and produce other innovative and highly sought-after face plate accent pieces and to depict their images in room décor in original, creative arrangements as reflected in the registered copyrights. The Configurator was a unique, creative, and attractive feature on Metro's website until other competitors began to copy it.

**FACTS**

11. In 2015, Metro designed its Thin Bezel Face Plate, inspired by the type of slim, diminutive setting frequently used for solitaire diamond engagement rings. Images of this design were placed on Metro's website thereafter.

12. The decorative face plate is the design element that integrates the designer's vision for the décor, brings the customer to Metro, and frequently results in sales of additional products once the designer and customer decide on the Metro "look."

13. Metro's Thin Bezel Face Plate and other products are popular decorative products and design or accent pieces for interior decorators of hotel rooms and public guest areas.

14. Due to the popularity of its Thin Bezel Face Plate, Metro designed and offered other sleek and innovative products, including wider face plates.

15. As a result, Metro has developed a reputation for producing sleek, attractive face-plate designs, in different shapes and sizes, and its wide array of color options. Metro's designs have become popular with interior decorators and hotel customers, including its sleek, thin-bezel product, as well as other face plate designs.

16. Images, photographs, and drawings of Metro's products have been published and distributed on Metro's website, social media, and at trade shows (e.g., the BDNY trade show in New York and the HD Expo in Las Vegas).

17. Metro holds copyrights in images, photographs and drawings of Metro's Thin Bezel Face Plate and other products in multiple settings, arrangements, and combinations and also by themselves in creative, original content.

18. Self has a commercial website at https://www.self-electronics.com/site/index.html?lang=en on which it markets and offers for sale face plates and FPDUs for the hospitality industry.

19. On its website, Self displays an image that is very similar to Metro's copyrighted images. Further, Self has photos or images of thin bezel face plates that are copies of, or substantially similar to, Metro's copyrighted images, including the '473 Copyright. Self made only minor changes, such that to an ordinary observer entering a hotel room, the works appear the same as or substantially similar to Metro's copyrighted works. *See* Ex. 1.

20. Self has also copied Metro's Configurator on its website, which is a copy of, or substantially similar to, the '017 Copyright. *See* Ex. 2.

21. Metro's Copyrights were, and have been, publicly available on Metro's website, and Self had access to them.

22. Metro's Copyrights are valid.

**COUNT ONE**

**INFRINGEMENT OF METRO'S U.S. COPYRIGHTS IN VIOLATION OF 17 U.S.C. §§ 106, 113(a), 501, 504, 505**

23. Metro repeats and realleges each allegation contained in the preceding paragraphs as if fully set forth herein.

24. Metro owns copyrights including VAu 1-523-473 and VAu 1-523-017. Metro owns other copyrights that discovery may show have been infringed by Self.

25. Metro's copyright registrations are valid.

26. Self had access to Metro's copyrighted website and to the materials and images appearing on Metro's website. Self also had access to Metro's copyrighted Configurator images and graphics on Metro's website.

27. Metro has also advertised at the annual BDNY trade show since 2016, which Self attended and at which Self had a booth in at least 2025. Self had access to Metro's products and copyright-registered works as they were added to Metro's booth displays and various publications since then.

28. Self has displayed images on its website that are substantially similar to corresponding images on Metro's website.

29. This infringement is willful because Self deliberately copied Metro's Copyrights to create images and configurator content to market, promote, and sell products (the face plates and FPDUs) to compete with Metro's products.

30. Because Self's infringement commenced after Metro's registrations, Metro is entitled to statutory damages, and to attorneys' fees and expenses, under the Copyright Act.

31. Accordingly, Metro has been damaged and continues to be harmed by Self's willful violation of Metro's Copyrights.

## RELIEF SOUGHT

32. Damages for Metro's actual losses, unjust enrichment, and/or lost royalties, including reasonable royalties;

33. In the alternative, and at Metro's election, statutory damages pursuant to 17 U.S.C. § 504(c), including enhanced statutory damages for willful infringement, as well as attorneys' fees and costs;

34. Preliminary and permanent injunctive relief against Self's infringement of Metro's Copyrights;

35. Pre- and post-judgment interest at the highest rates permitted under federal and state law;

36. Costs, fees, and expenses as appropriate under copyright law and other applicable laws; and

37. Such other and further relief to which Metro shows itself entitled.

## DEMAND FOR JURY TRIAL

Metro demands a trial by jury on all issues so triable.

DATED: August 11, 2026

Respectfully submitted,

WEINBERG WHEELER HUDGINS GUNN & DIAL LLC

By: *Alan M. Maxwell*
Alan M. Maxwell
Georgia Bar No. 478625
Gunnar P. Longo
Georgia Bar No. 473348
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
T: (404) 876-2700
F: (404) 875-9433
amaxwell@wwhgd.com
glongo@wwhgd.com

SPENCER FANE LLP

Danielle J. Healey (Texas Bar No. 09327980)
(*Pro Hac Vice* Application forthcoming)
Brittainy A. Joyner (Texas Bar No. 24148188)
(*Pro Hac Vice* Application forthcoming)
Grace C. Taskinsoy (Texas Bar No. 24147905)
(*Pro Hac Vice* Application forthcoming)
2049 Century Park East, 18th Floor
3040 Post Oak Blvd, Suite 1400
Houston, Texas 77056
Telephone: (713)-552-1234
Facsimile: (713) 963-0859
dhealey@spencerfane.com
bjoyner@spencerfane.com
gtaskinsoy@spencerfane.com

*Attorneys for Plaintiff METRO LIGHT & POWER LLP*

**<u>RULE 5.1 CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE</u>**

Pursuant to Local Rule 5.1 of the United States District Court for the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

*<u>/s/ Alan M. Maxwell</u>*
Georgia Bar No. 478625